ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE CUSTER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>　　　　　　　Defendants. | CASE NO. 2:20-cv-00601-APG-EJY<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

　　　　Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Greenberg Traurig, LLP as counsel of record in this action in place and stead of Nelson Mullins.

　　　　Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135, (702) 792-3773.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 49910623v1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 23rd day of April 2020.

| **C. R. BARD, INC.** | **BARD PERIPHERAL VASCULAR, INC.** |
|---|---|
| Defendant | Defendant |

By: */s/ Greg A. Dadika*      By: */s/ Greg A. Dadika*

Its: Associate General Counsel, Litigation     Its: Associate General Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 23rd day of April 2020.

NELSON MULLINS

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, Georgia  30363
Telephone:  (404) 322-6155

I am duly admitted to practice in this District.  Above substitution accepted.

DATED this 23rd day of April 2020.

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

**Please check one**: ■ Retained, or ☐ Appointed by the Court.

**APPROVED:**

DATED: April 28, 2020.

_____
United States Magistrate Judge

ACTIVE 49910623v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002